**No. 09-8850. Steve Rosado, Petitioner v. New York.**

559 U.S. 1017, 130 S. Ct. 1907, 176 L. Ed. 2d 383, 2010 U.S. LEXIS 2630.

March 22, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 54 App. Div. 3d 351, 863 N.Y.S.2d 386.

**No. 09-8858. Lindsey Kent Springer, Petitioner v. Commissioner of Internal Revenue.**

559 U.S. 1017, 130 S. Ct. 1907, 176 L. Ed. 2d 383, 2010 U.S. LEXIS 2550.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 580 F.3d 1142.

**No. 09-8863. Donna Coleman, Petitioner v. Mary Lattimore, Warden.**

559 U.S. 1017, 130 S. Ct. 1908, 176 L. Ed. 2d 383, 2010 U.S. LEXIS 2549.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 338 Fed. Appx. 672.

**No. 09-8891. James Vernell Bryant, Petitioner v. Colorado.**

599 U.S. 1017, 130 S. Ct. 1908, 176 L. Ed. 2d 383, 2010 U.S. LEXIS 2697.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 09-8896. Carlos Contreras, Petitioner v. United States.**

559 U.S. 1017, 130 S. Ct. 1908, 176 L. Ed. 2d 383, 2010 U.S. LEXIS 2695.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-8903. Edward MacKenzie, Petitioner v. New York.**

559 U.S. 1017, 130 S. Ct. 1908, 176 L. Ed. 2d 383, 2010 U.S. LEXIS 2658.

March 22, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

**No. 09-8905. Michelle D. Smith, Petitioner v. United States.**

559 U.S. 1017, 130 S. Ct. 1908, 176 L. Ed. 2d 383, 2010 U.S. LEXIS 2702.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 350 Fed. Appx. 54.

**No. 09-8906. Claudio Millan, Petitioner v. Southern California Edison Company.**

559 U.S. 1017, 130 S. Ct. 1908, 176 L. Ed. 2d 383, 2010 U.S. LEXIS 2551,

March 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.